February 27, 2001

Professor Richard A. Williamson        Elizabeth Oyster, Esq.
College of William and Mary            Geronimo Development Corp.
Williamsburg, Virginia 23185           606 25th Avenue, South
                                       Suite 206
Mr. David M. George                    St. Cloud, Minnesota  56301
Government Relations Contracts
D5-20                                  Mead Data Central, Inc.
West Group                             Legal Data Collections
610 Opperman Drive                     8891 Gander Creek Drive
Eagan, Minnesota 55123                 Miamisburg, Ohio 45342

Paul Fletcher, Publisher
Virginia Lawyers Weekly
106 North Eighth Street
Richmond, Virginia 23219

        Re:  James Bedford Fisher, Jr.
             v. County of Roanoke
             Record No. 2372-98-3

Gentlemen and Ms. Oyster:

        I am enclosing to you a copy of an order entered by this
Court in the above-referenced case on February 27, 2001.  The
Court has directed that this order be published in the appropriate
volumes.  I appreciate your cooperation in ensuring that
publication is accomplished.

                        Sincerely,



                        Marty K. P. Ring
                        Deputy Clerk

MKPR:mfr
Enclosure

Tuesday          27th

February, 2001.

James Bedford Fisher, Jr.,                              Appellant,

 against      Record No. 2372-98-3
              Circuit Court No. CR98001014

County of Roanoke,                                     Appellee.


Upon Remand from the Supreme Court of Virginia


In accordance with the order of the Supreme Court of Virginia entered on December 22, 2000, the opinion previously rendered by this Court on December 28, 1999 is withdrawn and the mandate entered on that date is vacated.  As further directed by the order of the Supreme Court, this matter is remanded to the trial court with instructions that the trial court enter an order which corrects the inconsistencies in the "Trial and Sentencing Order" that was the subject of this appeal.  The new order entered by the trial court shall be considered a final order for purposes of any subsequent appeals.

This order shall be certified to the trial court.

A Copy,

Teste:

Cynthia L. McCoy, Clerk

By:

Deputy Clerk